**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH MCQUEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY ARMS, LLC,<br><br>Defendant. | Case No. 2:25-cv-01427 |

### PLAINTIFF'S MOTION TO REMAND AND FOR FEES AND COSTS

Plaintiff Kenneth McQueen, by and through his undersigned counsel, respectfully moves pursuant to 28 U.S.C. § 1447(c) to remand this action to the Court of Common Pleas of Montgomery County, Pennsylvania, and for an award of his reasonable attorneys' fees and costs incurred as a result of the removal. The bases for Plaintiff's Motion are fully set forth in the contemporaneously filed Memorandum of Law in Support of His Motion.

Dated: March 21, 2025

Respectfully submitted,

By: _Steven A. Schwartz_
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
Steven A. Schwartz (PA I.D. No. 50579)
Alex M. Kashurba (PA I.D. No. 319003)
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633
E-Mail:  sas@chimicles.com
          amk@chimicles.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice* Forthcoming)
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Stephen A. Beck (*Pro Hac Vice* Forthcoming)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
sbeck@bursor.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 21, 2025, I electronically filed the foregoing document with

the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

**BAKER & HOSTETLER LLP**
Sarah A. Ballard
1801 California Street, Suite 4400
Denver, CO 80202
sballard@bakerlaw.com


By:     _/s/ Steven A. Schwartz_____
        Steven A. Schwartz