IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH MCQUEEN,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY ARMS, LLC,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 25-1427-KSM |

## ORDER

**AND NOW**, this 29th day of May, 2025, upon consideration of Defendant's Motion to Stay (Doc. No. 6) and Plaintiff's Motion to Remand (Doc. No. 8), it is **ORDERED** that **ORAL ARGUMENT** on the motions is scheduled for **June 17, 2025, at 10:00 a.m. in Courtroom 16B**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.