IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH MCQUEEN,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PRIMARY ARMS, LLC,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 25-1427-KSM |

### ORDER

**AND NOW**, this 25th day of June, 2025, upon consideration of Defendant Primary Arms, LLC's Motion to Stay Pending Third Circuit Appeal (Doc. No. 6), Plaintiff Kenneth McQueen's response in opposition (Doc. No. 15), and Defendant's reply in support (Doc. No. 20), following oral argument, and for good cause shown, it is **ORDERED** as follows:

1. Defendant's Motion to Stay Pending Third Circuit Appeal (Doc. No. 6) is **GRANTED**.[1]

2. All proceedings in the above-captioned matter are **STAYED** pending a final decision of the Court of Appeals for the Third Circuit in *In re: BPS Direct LLC, et al.* (3d Cir. Case No. 23-3235).

---

[1] The parties advance the same arguments in their briefing on Defendant's Motion to Stay that they advanced in their briefing on Defendant's motion to stay filed in the nearly identical, now-dismissed action previously before this Court, *McQueen v. Primary Arms, LLC*, Case No. 24-cv-725. For the same reasons the Court granted Defendant's motion to stay in that prior case, the Court grants Defendant's instant Motion to Stay. *See McQueen v. Primary Arms, LLC*, No. 24-cv-725-KSM, 2024 WL 2866354, at *2–4 (E.D. Pa. June 6, 2024).

3. The parties shall, within five (5) days of the filing of a final decision by the Court of Appeals for the Third Circuit in *In re: BPS Direct LLC, et al.*, submit a joint status update alerting the Court to the Third Circuit's final decision and indicating whether either party intends to file a motion to remand on the basis of that decision.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.